UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:16-028 |
| | ) | |
| MICHAEL BERNARD JOHNSON | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Brendan N. Fleming** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Brendan N. Fleming** be granted leave of absence for the following periods:  **July 1, 2016 through July 6, 2016; and July 12, 2016 through July 29, 2016.**

This _7ᵗʰ_ day of July, 2016.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia